## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE  DIVISION

**DERRICK CHARLESTON,**

    *Petitioner*,

v.                                        **Case No.: 4:22cv209-MW/ZCB**

**RICKY D. DIXON,**

    *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's habeas petition, ECF No. 1, is **DISMISSED for lack of jurisdiction**." The Clerk shall close the file.

**SO ORDERED on March 13, 2023.**

                                   **s/Mark E. Walker**_____
                                   **Chief United States District Judge**

2